IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                                                                     PLAINTIFF

v.                                          No. 3:17-cv-34-DPM

JOHN DONAVEN; MISSISSIPPI COUNTY,
Criminal Division; BLYTHEVILLE
PROSECUTING ATTORNEY OFFICE;
BLYTHEVILLE PUBLIC DEFENDER OFFICE;
JANE DOE, Cindy, Blytheville District Judge                             DEFENDANTS

ORDER

1. Bills's application to proceed *in forma pauperis*, № 1, is outdated. Bills must file a current application by 13 April 2017. If he doesn't, then this case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Bills another application to proceed *in forma pauperis*. If the Court grants Bills permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 March 2017_