# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CLESTER BILLS                                                    PLAINTIFF

v.                          No. 3:17-cv-34-DPM

JOHN DONAVEN; MISSISSIPPI COUNTY,
Criminal Division; BLYTHEVILLE
PROSECUTING ATTORNEY OFFICE;
BLYTHEVILLE PUBLIC DEFENDER OFFICE;
JANE DOE, Cindy, Blytheville District Judge            DEFENDANTS

## ORDER

Bills hasn't paid the filing and administrative fees or filed an updated *in forma pauperis* application; and the time to do so has passed. № 6. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2017