IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                                                PLAINTIFF

v.                              No. 3:17-cv-34-DPM

JOHN DONAVEN; MISSISSIPPI COUNTY,
Criminal Division; BLYTHEVILLE
PROSECUTING ATTORNEY OFFICE;
BLYTHEVILLE PUBLIC DEFENDER OFFICE;
JANE DOE, Cindy, Blytheville District Judge                DEFENDANTS

## JUDGMENT

Bills's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2017